

**BARRON, NEWBURGER, SINSLEY & WIER, PLLC**
*Attorneys and Counselors at Law*
1212 Guadalupe, Suite 102
Austin, Texas 78701-1837
(512) 476-9103
Fax: (512) 279-0310

**Manuel H. Newburger**
Board Certified in Consumer and Commercial Law by the Texas
Board of Legal Specialization
Telephone Extension 216

July 19, 2007

Hon. Sidney A. Fitzwater
1100 Commerce Street
Room 1520
Dallas, TX 75242.

Re:   Civil Action No.:  3-07CV0641-D; Vicki M. Otts v. Colonial Credit
       Corporation and Wolpoff & Abramson, L.L.P.; In the United States
       District Court for the Northern District of Texas, Dallas Division

Dear Judge Fitzwater:

I am in receipt of the Court's order of July 17, 2007, requiring me to file a letter demonstrating compliance with or exemption from Local Rule 83.10. Barron, Newburger, Sinsley & Wier, PLLC maintains an office at 101 Metro Drive, Suite A, Terrell, Texas 75160. That office is staffed by attorney Ed Walton, who is of counsel to our firm. Mr. Walton is also admitted in the Northern District. That office is listed on our firm's web site at www.bnswlaw.com.

Mapquest indicates that Terrell is 32.49 miles from Dallas, and it was my understanding that by having an office in Terrell I am in compliance with Local Rule 83.10. If I am mistaken in this regard I sincerely apologize and ask that you let me know what corrective action you require.

I hope that this letter is adequately responsive to your order.

Yours truly,

BARRON, NEWBURGER, SINSLEY & WIER, PLLC

Manuel H. Newburger

MHN/n

cc:   Ms. Sharon K, Campbell
       Fax: 214-739-0151

Texas ★ Florida ★ New York