IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Vicki M. Otts, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No.:  3-07CV0641-D |
| ) | |
| Colonial Credit Corporation ) | |
| and Wolpoff & Abramson, L.L.P., ) | |
| ) | |
| ) | |
| Defendants ) | |

**STIPULATION TO DISMISSAL**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff and Defendants hereby stipulate to the dismissal of the above-entitled and numbered action, with prejudice.

Respectfully submitted,

/s/Sharon K, Campbell  
Sharon K, Campbell  
Attorney at Law  
State Bar No. 03717600  
Premier Place, Suite 1040  
5910 North Central Expressway  
Dallas, TX 75206  
214-351-3260  
Fax: 214-739-0151  

/s/   Manuel H. Newburger  
Manuel H. Newburger  
State Bar No. 14946500  
Barron, Newburger, Sinsley & Wier, PLLC  
1212 Guadalupe, Suite 102  
Austin, Texas  78701  
(512) 476-9103  
Fax:  (512) 279-0310  

ATTORNEY FOR PLAINTIFF          ATTORNEY FOR DEFENDANTS

The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice this ____ day of _____, 2007.

_____  
UNITED STATES DISTRICT JUDGE